PONTIOUS LAW OFFICES, LLC
400 L Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 677-9900
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| TIFFANI COUCH, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. 3:23-cr-00075-JMK-MMS-1 |

## MOTION FOR BAIL REVIEW HEARING

Tiffani Couch, through undersigned counsel, hereby moves for a bail review hearing in the above-captioned matter. Ms. Couch is presently incarcerated at Hiland Mountain Correctional Facility. Ms. Couch underwent a substance abuse assessment on October 16, 2023. She was assessed as needing a 3.5 level of care, which is high-intensity residential treatment. Ms. Couch has been accepted into the Akeela Residential Program. Exhibit A. A bed is available for her as of January 11, 2024. Exhibit A.

Akeela House Residential Program is a modified therapeutic community (TC) that focuses on holistic treatment and overall lifestyle changes. The program encourages clients to examine their personal behavior to help them become more pro-social and engage in "right-living" which is honesty, taking responsibility, hard work, and willingness to learn. As clients progress through the stages of recovery, they assume greater personal and social responsibilities in the

community. Because therapeutic communities emphasize social learning, clients form a hierarchy within the group. Those who have made progress in changing their attitudes and behaviors serve as role models for "right-living" and help others who are in earlier stages of recovery.

Ms. Couch has been sober since the date of her incarceration on the present charges, October 19, 2023. She has been attending drug abuse treatment courses at Hiland Mountain and living in the faith-based wing. She is highly motivated to build upon the positive momentum she is presently experiencing by entering an intensive residential treatment program. Treatment for Ms. Couch will be covered by Medicaid.

Given Ms. Couch's recent rehabilitative success and her desire for sobriety, Ms. Couch is a strong candidate for rehabilitation. Ms. Couch therefore requests that the Court set a bail review hearing as soon as possible to allow her to take advantage of the bed that is available for her on January 11, 2024.

Dated at Anchorage, Alaska this 8th day of January, 2024.

s/Danée L. Pontious
Attorney for Defendant,
Tiffani Couch
400 L Street, Suite 100
Anchorage, Alaska 99501
Phone: 907-677-9900
E-Mail: dlp@pontiouslaw.com
Alaska Bar No: 0411076

CERTIFICATE OF SERVICE
I hereby certify that on January 8, 2024
a copy of foregoing was served ELECTRONICALLY on:
Assistant U.S. Attorney
s/D. Pontious



Akeela House Residential Treatment Center
2804 Bering Street
Anchorage, AK 99503
(907) 561-5266

January 4, 2024

To Whom It May Concern:

Tiffani Couch intake packet has been reviewed by the treatment team and Miss. Couch has been accepted for admission in to Akeela House Program. Miss. Couch's admission date is scheduled for Jan. 11,2024 at 10:00 am. Please remember Miss. Couch will need to come with a negative Covid-19 test and will be in isolation for 14-day period if not fully vaccinated or come with proof that Miss. Couch has been fully vaccinated thank you. Please, follow up with the Behavioral Health Care Manager, Carrie Evans, at 907-433-7085 if changes need to be made to the scheduled admission date. The main office is located at 2804 Bering Street and the phone number is 907-561-5266.

Carrie Evans
*Carrie Evans*
Behavioral Health Care Manager
*Akeela House Residential Program*
*907-433-7085*
cevans@akeela.org